<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHILADELPHIA CONTRIBUTIONSHIP INSURANCE COMPANY *as subrogee of* GIUSEPPE ANNIBALLI,<br><br>        Plaintiff,<br><br>v.<br><br>NEOTERIC SOLUTIONS INC. *doing business as* WOWPARTS, and AMAZON.COM, INC.,<br><br>        Defendants. | Civil Action No.<br><br>2:14-cv-03836-SDW-LDW<br><br><br><br>**ORDER**<br><br><br>February 24, 2016 |
| NEOTERIC SOLUTIONS INC. *doing business as* WOWPARTS,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>HOSOWELL (HK) TECHNOLOGY CO., LTD, BAY VALLEY PARTS, INC., DONGGUAN HOSOWELL TECHNOLOGY CO., LTD,<br><br>        Third Party Defendants. | |

**WIGENTON**, District Judge.

      Before this Court is the Report and Recommendation ("R&R") entered on February 5, 2016 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that the motion of third party defendants, Donguan Hosowell Technology Co., Ltd. and Hosowell (HK) Technology Co.,

Ltd. (collectively, "Hosowell"), to dismiss the third party claims against them for lack of jurisdiction be **DENIED WITHOUT PREJUDICE**. (Dkt. No. 58, 70.) No objections were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 70) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

s/ Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:    Parties
       Magistrate Judge Leda D. Wettre